AO 458 (Rev. 10/95) Appearance

# United States District Court
*District of Rhode Island*

USA

v.

Robert Palardy

APPEARANCE

CASE NUMBER: CR 05 138ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROBERT PALARDY

I certify that I am admitted to practice in this court.

2/13/06
*Date*

*Signature*

Terence Livingston 4610
*Print Name* *Bar Number*

681 Smith ST
*Address*

Providence RI 02908
*City* *State* *Zip Code*

861-8121 274-5432
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.