1123494

RECEIVED

DEC 14 2005

US MARSHALS
RHODE ISLAND

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ROBERT G. PALARDY

## WARRANT FOR ARREST

CASE NUMBER: CR05-138ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT G. PALARDY
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK ROBBERY

in violation of Title 18 United States Code, Section(s) 2113(a)

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

[signature]
Signature of Issuing Officer

December 14, 2005 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at FBI Providence. | | |
| DATE RECEIVED 12-14-2005 | NAME AND TITLE OF ARRESTING OFFICER GEORGE E ROSENBERGER SA FBI | SIGNATURE OF ARRESTING OFFICER George E Rosenberger |
| DATE OF ARREST 2-10-2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.