**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CR 05-138ML** |
| | ) | |
| **ROBERT G. PALARDY** | ) | |
| | ) | |

**MOTION AND MEMORANDUM OF LAW FOR COMPENTCY EVALUATION**

Defendant by his counsel hereby moves pursuant to Section 4241, 4247 of Title 18 United States Code for an order granting comments evaluation of the defendant.

The applicable statute governing mental competency to stand trial is found at 18 U.S.C. sections 4241, 4247 which states:

**18 USCS § 4241**

§ **4241.** Determination of mental competency to stand trial

(a) Motion to determine competency of defendant. At any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant, the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant. The court shall grant the motion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

(b) Psychiatric or psychological examination and report. Prior to the date of the hearing, the court may order that a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of section 4247(b) and (c) [18 USCS § 4247(b) and (c)].

In addition 18 U.S.C section 4247 in part states:

**18 USCS § 4247**

§ 4247. General provisions for chapter

(b) Psychiatric or psychological examination. A psychiatric or psychological examination ordered pursuant to this chapter shall be conducted by a licensed or certified psychiatrist or psychologist, or, if the court finds it appropriate, by more

than one such examiner. Each examiner shall be designated by the court, except that if the examination is ordered under section 4245 or 4246 [18 USCS § 4245 or 4246], upon the request of the defendant an additional examiner may be selected by the defendant. For the purposes of an examination pursuant to an order under section **4241,** 4244, or 4245 [18 USCS § **4241**, 4244, or 4245], the court may commit the person to be examined for a reasonable period, but not to exceed thirty days, and under section 4242, 4243, or 4246 [18 USCS § 4242, 4243, or 4246], for a reasonable period, but not to exceed forty-five days, to the custody of the Attorney General for placement in a suitable facility. Unless impracticable, the psychiatric or psychological examination shall be conducted in the suitable facility closest to the court. The director of the facility may apply for a reasonable extension, but not to exceed fifteen days under section **4241,** 4244, or 4245 [18 USCS § **4241**, 4244, or 4245], and not to exceed thirty days under section 4242, 4243, or 4246 [18 USCS § 4242, 4243, or 4246], upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant.

(c) Psychiatric or psychological reports. A psychiatric or psychological report ordered pursuant to this chapter shall be prepared by the examiner designated to conduct the psychiatric or psychological examination, shall be filed with the court with copies provided to the counsel for the person examined and to the attorney for the Government, and shall include--

(1) the person's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis, and--

(A) if the examination is ordered under section **4241** [18 USCS § **4241**], whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

(E) if the examination is ordered as a part of a pre-sentence investigation, any recommendation the examiner may have as to how the mental condition of the defendant should affect the sentence.

Wherefore the defendant Robert Palardy moves that this Honorable court order a competency evaluation.

Respectfully submitted,
Robert G. Palardy
By his Attorney,

Terence Livingston, Esq.
681 Smith Street
Providence, RI 02903
(401) 861-8121

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within Motion for Discovery and Disclosure was mailed postage prepaid to: James Leavy, Assistant U.S. Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, R.I. 02903 on this 20 day in February 2006.

______________________