IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR-05-138ML |
| | : | |
| ROBERT G. PALARDY | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANTS MOTION FOR AN ORDER TO EVALUATE DEFENDANT FOR COMPETENCY**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and advises the Court that it has no objection to defendant being examined by the Bureau of Prisons for competency to stand trial pursuant to 18 U.S.C. § 4241 et seq.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey

JAMES H. LEAVEY
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 24th day of February, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Response to Defendant's Motion For An Order to Evaluate Defendant For Competency to the following:

Terence Livingston, Esquire
681 Smith Street
Providence, RI 02903