**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

**V.** **CA 05-138ML**

**ROBERT G. PALARDY**

**ORDER**

**The defendent's request for time in which to file pretrial motions is extended for ten (10) days from the date of this Order.**

**SO ORDERED:**

**Mary M. Lisi**
**United States District Judge**
**March 17 , 2006**

**ENTERED as an Order of this Court on March 17 ,2006.**

**Deputy Clerk**