**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Vs.** | ) | **CR 05-138ML** |
| | ) | |
| **ROBERT G. PALARDY** | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR EXTENSION IN WHICH TO EMPANEL JURY AND EXTENSION OF TIME TO FILE MOTIONS**

Now comes the defendant, Robert Palardy, by and through his attorney, and moves that this Honorable Court grant him an extension of the time in which to empanel a jury in the above-captioned case. In support of his motion, Defendant submits that he has a pending investigation, in which it is anticipated may take an additional 30- 45 days to complete. Defense counsel has had a discussion on April 18, 2006, with his witness and has been informed that the witness is on vacation next week and that the material that the witness has received is greater than anticipated. The findings of the witness should be dispositive in the case. In light of this fact, counsel requires additional time for preparation and filing of motions in this case, and empanelment of the Jury. Defendant submits that the interests of justice mitigate in favor of this motion, and that this Court should extend the time for Empanelment to be consistent with this motion.

1. Therefore, I anticipate that if the motion is granted the time in which to conduct the examination shall constitute excludable time as defined by 18 U.S.C. § 3161(h)(1)(a).
2. I therefore request 45 days to be excluded for purposes of a speedy trial act 18 U.S.C. § 3161.
3. I spoke with United States Attorney James leavey and he has no objection to a continuance.
3. There has been prior excludable time.

GRANTED
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 4/20/06

Respectfully submitted,
Robert G. Palardy
By his Attorney,

Terence Livingston, Esq.
681 Smith Street
Providence, RI 02903
(401) 861-8121

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within Motion for Extension was mailed postage prepaid to: James Leavey, U.S. Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, R.I. 02903, on this 18th day in April 2006.