**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Vs.** | ) | **CR 05-138ML** |
| | ) | |
| **ROBERT G. PALARDY** | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF INTENT TO PRESENT EXPERT TESTIMONY OF DEFENDANT'S MENTAL HEALTH**

Now comes the defendant, Robert Palardy, by and through his attorney, and hereby submits this, his notice of intent to present expert testimony of his mental condition pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure. The defendant will rely on Dr. Ronald Stewart, MD, 277 Waterman Street, Providence, RI 02903.

Respectfully submitted,
Robert G. Palardy
By his Attorney,

Terence Livingston, Esq.
681 Smith Street
Providence, RI 02903
(401) 861-8121

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within Motion for Extension was mailed postage prepaid to: James Leavey, U.S. Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, R.I. 02903, on this 1st day in June 2006.