IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR-05-138ML |
| | : | |
| ROBERT G. PALARDY | : | |

**MOTION FOR PSYCHIATRIC EXAMINATION**
**PURSUANT TO 18 USC § 4242(a)**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and moves that the Court order the defendant, Robert G. Palardy, to undergo a psychiatric or psychological examination by the Bureau of Prisons, pursuant to 18 USC § 4242(a). In support of said motion, the government states that it has received a Notice of Insanity Defense, pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure. Section 4242(a) provides that upon receipt of such a notice, and upon motion of the government, the Court shall order a psychiatric or psychological examination of the defendant and shall further order that the report of said examination be filed with the Court pursuant to 18 USC §§ 4247(b)

and (c). The government further notes that defense counsel does not object to the granting of this motion.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI BAR #1700

CERTIFICATION OF SERVICE

I hereby certify that on this 6th day of June, 2006, I served by first class mail, postage prepaid, a copy of the within Motion For a Psychiatric Examination Pursuant to 18 USC § 4242(a), along with accompanying Order, to the following:

Terence Livingston, Esquire
681 Smith Street
Providence, RI 02903