IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 06 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA )
)
vs. ) CR. No. 05-138ML
)
ROBERT G. PALARDY )

**ORDER**

Upon motion of the government, pursuant to 18 USC 4242(a), to have the defendant examined by a psychiatrist or psychologist of the Bureau of Prisons relative to a defense of insanity and defense counsel having no objection, it is hereby

ORDERED

that defendant is to be transferred to the Bureau of Prisons and there undergo a psychiatric or psychological examination to determine insanity at the time of the alleged offense and upon the completion of said examination, the Bureau of Prisons is to file with the Court a report pursuant to 18 USC §§ 4247(b) and (c).

BY ORDER:

Barbara Barletta
DEPUTY CLERK

ENTER:

Mary M. Lisi
MARY M. LISI
DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT

DATE: 6/7/06

CERTIFICATION OF SERVICE

I hereby certify that on this 6th day of June, 2006, I served by first class mail, postage prepaid, a copy of the within Motion For a Psychiatric Examination Pursuant to 18 USC § 4242(a), along with accompanying Order, to the following:

Terence Livingston, Esquire
681 Smith Street
Providence, RI 02903