UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR No. 05-138ML
:
ROBERT G. PALARDY :

**ORDER**

It is hereby ordered that the Defendant shall be transferred immediately from the Wyatt Detention Facility to the Medical Facility at Fort Devens to receive immediate medical attention and also a psychiatric evaluation as previously ordered by District Judge Lisi on June 7, 2006.

LINCOLN D. ALMOND
United States Magistrate Judge
June 28, 2006